UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MINERVA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00340-SAB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

　　　Pursuant to the stipulation of the parties, this action is HEREBY DISMISSED, in its entirety, without prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 6, 2014**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE